IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 14-00224-01-CR-W-DW |
| v. ) | |
| ) | |
| WANSOLO B. HUGHLEY, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation to deny Defendant Wansolo B. Hughley's (the "Defendant") Motion to Dismiss Indictment. See Docs. 18, 26. The Defendant filed objections to the Report and Recommendation. See Doc. 30. After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 26). Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and DENIES the Defendant's Motion to Dismiss Indictment (Doc. 18).

IT IS SO ORDERED.


Date: October 7, 2015            /s/ Dean Whipple
                                  Dean Whipple
                                  United States District Judge